

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-15-00057-CV

Style:                   Jasmina Manginello

                           **v**. Ralph P. Manginello

Date motion filed:      February 4, 2015

Type of motion:        "Motion for Withdrawal of Counsel"

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated?    No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:        Current Due date:
        Date Requested:

Ordered that motion is:

    ☐      Granted

          If document is to be filed, document due:

          ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐      Denied

    ☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐      Other: _____

      Proceeding *pro se*, appellant has filed a motion seeking withdrawal or discharge of counsel, Ellen A. Yarrell. Counsel has not appeared in this Court on appellant's behalf. *See* TEX. R. APP. P. 9.1 (providing for signing of documents in court of appeals); *see also* TEX. R. APP. P. 6.1 (providing lead counsel for appellant is attorney whose signature appears on notice of appeal). Accordingly, we dismiss the motion as moot.

Judge's signature:    /s/ <u>Rebeca Huddle</u>
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: February 19, 2015

November 7, 2008 Revision